# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1103

_____

Harry R. Fowler,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　Appellant,　　　　　　*　Appeal from the United States
　　　　　　　　　　　　　　　　　　*　District Court for the
　　　v.　　　　　　　　　　　　　*　District of Nebraska.
　　　　　　　　　　　　　　　　　　*
Werner Enterprises,　　　　　　　　*　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　　*
　　　　　　　Appellee.　　　　　　*

_____

Submitted:  June 10, 2010
Filed:  June 21, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Harry Fowler appeals the district court's[1] adverse grant of summary judgment in his action alleging discrimination and retaliation under the Americans with Disabilities Act.  After careful de novo review of the record, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that there is no genuine issue of material fact to support Fowler's claim that his employer, Werner Enterprises, regarded him as having a disability or that it retaliated against him for filing discrimination charges.  We also reject as meritless Fowler's arguments concerning

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

venue, his pro se status in this matter, and the grant of summary judgment without a hearing.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____